**RECEIVED**
Court of Appeals

MAY 1 3 2015

Lisa Matz
Clerk, 5th District

CAUSE NO. DF-05-03154

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| PHILLIP GRANT GEORGE | § | |
| BRITTANY NICOLE GEORGE AND | § | 254TH JUDICIAL DISTRICT |
| RICHARD TRENT GEORGE, | § | |
| CHILDREN | § | DALLAS COUNTY TEXAS |

**REQUEST FOR SUPPLEMENTATION OF CLERK'S RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Rule 34.5(c) of the Texas Rules of Appellate Procedure regarding supplementation of the appellate record, please prepare, certify, and file in Cause No. 05-14-01217-CV in the Court of Appeals for the Fifth District of Texas at Dallas a supplement containing the following relevant records that were omitted from the Clerk's Record that the Clerk previously filed in Cause No. 05-14-01217-CV:

1. June 29, 2006 divorce decree entitled "Agreed Final Decree of Divorce;"

2. January 25, 2011 motion filed by Kay George entitled "Petitioner Kay Warrick George's Petition to Modify Medical Support Payment and a Motion for Enforcement and Sanctions;"

3. August 23, 2011 motion filed by Kay George entitled "Motion for Enforcement of Child Support Order and Order to Appear;"

4. September 6, 2011 motion filed by Kay George entitled "First Amended Motion for Enforcement of Child Support Order and order to Appear;"

5. January 23, 2012 docket sheet (2 pages); and

6. April 20, 2012 order entitled "Order Holding Respondent in Contempt for Failure to Pay Child Support, Granting Judgment for Arrearages, and Suspending Commitment."

Respectfully submitted,

Kay Warrick George
Pro se
5871 Kimber Lane
Frisco, TX 75034
Phone: 214-471-2074
k84george@yahoo.co

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon the persons listed below in accord with the Texas Rules of Civil and Appellate Procedure on the 13th day of May, 2015:

Clerk of the Court, 5th Court of Appeals of Texas, via hand delivery, Cause No. 05-14-01217-CV

Jeffrey T. George, via email to Georgekids2011@gmail.com – court approved email address

Kay Warrick George